01-14-00362-CR

Friday, March 20, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 25 2015

CHRISTOPHER A. PRINE
CLERK _____

First court of Appeals,

I am writing because I'm concerned about my lawyer Melissa Martin.

I've wrote her numerous times and never got a responce. Its been since December 29, 2014 since I've heard anything from her. I've only recieved mail from her twice last year and in both letters, she stated she would be by the jail to see me. She never showed. Now, Its March 20, 2015 I cant get ahold of her. I know my Brief is due and I haven't seen or heard anything.

* I personally feel my case is being neglected and not taken seriously.

* How come I'm paying for everyones mistakes. No ones taken my case serious.

* I've asked my lawyer, and the court for more law library time and never recieved anything.

What is going on? Someone Please help!

Respectfully Blake monakino 02156344
701 san jacinto 4A3
Houston, TX 77002

spn#

# Evidence

Friday, March 20, 2015

The reasons why Im appealing.

1) Reduce charge Aggravated Assault to Deadly conduct.

2) abuse of discretion.

3) vindictive prosecution.

4) lack of Evidence.

5) misrepresentation of counsel.

This is what I want to use in my brief. I really dont know whats going on with my lawyer, This **Keeps** happening to me!

Court of Appeals please do something!

Blake monakino 02156341
701 San jacinto 4A3
Houston, Tx 77002

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Blake Mondino

SPN: 02156341 Cell: 4A3

Street: 701 San Jacinto

HOUSTON, TEXAS 77002

MAIL RECEIVED

First Court of Appeals
301 Fannin
Houston, TX 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 25 2015

CHRISTOPHER A. PRINE
CLERK _____

77002@2065